**LIVERPOOL & LONDON & GLOBE INS. CO., Limited v. PARKER et al.**
**SAME v. BIGGERS et al.**

Nos. 6427. 6428—Opinion Filed Nov. 26, 1918.

(176 Pac. 393.)

(Syllabus.)

**Bonds — Insurance — Premature Action— Bond of Agent—Consideration.**

Syllabus the same as in Liverpool & London & Globe Insurance Company, Limited, v. Richard F. Biggers, Aaron H. Eikenbury, George M. D. Steel, and William H. Lokey, 71 Oklahoma. 175 Pac. 242.

Kane and Rainey, JJ., dissenting.

Error from District Court, Pottawatomie County; Charles B. Wilson, Jr., Judge.

Actions by the Liverpool & London & Globe Insurance Company, Limited, against Walter H. Parker and others, and against Richard Biggers and others. Judgments for defend-

ants, and plaintiff brings error. Reversed and remanded.

Scothorn, Caldwell & McRill and George B. Rittenhouse, for plaintiff in error.

Lydick & Eggerman and W. T. Williams, for defendants in error.

SHARP, C. J. These cases present identically the same questions of law as that involved and determined in case Liverpool & London & Globe Insurance Co., Limited, v. Richard F. Biggers et al. (No. 6426) 71 Okla. 190, 175 Pac. 242, recently decided. Upon the authority of that case, and for the reasons stated herein, the judgment of the trial court is reversed and the cause remanded.

All the Justices concur, except KANE and RAINEY, JJ., who dissent.